ETHEL L. TICKNOR, an Infant, by ALBERT TICKNOR, Her Guardian ad Litem, Respondent, v. GEORGE D. LANDERS, Appellant.— Judgment and order unanimously affirmed, with costs.

TOWN OF GLENVILLE, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.

GEORGE H. WHALEY, Respondent, v. MARY J. SOUTHERLAND, Appellant. — Judgment unanimously affirmed, with costs.

ELEANOR H. DAVIDSON, Appellant, v. LOUIS M. REAM, Respondent.— Order unanimously affirmed, without costs.

In the Matter of the Claim of EMIL PETERMANN, Respondent, for Compensation under the Workmen's Compensation Law, v. WM. STEINER SONS & CO. and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, Appellants.— Motion for reargument granted.

In the Matter of the Claim of LOUIS YAMIN, Respondent, for Compensation under the Workmen's Compensation Law, v. HARRIS RAINCOAT COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Motion for reargument granted.

In the Matter of the Claim of WILLIAM A. AMESBURY, Respondent, for Compensation under the Workmen's Compensation Law, v. VACUUM OIL COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

In the Matter of the Claim of WILLIAM SCHWEIGER, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN SCHREINER, Employer, and GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Insurance Carrier, Appellants.— Award unanimously affirmed.

JOSEPH McMAHON and THOMAS H. FARRINGTON, Appellants, v. THE VILLAGE OF WATERLOO, Respondent.— Order modified by changing the place of trial from the county of Broome to the county of Ontario. The provision in the order as to costs is modified by providing that the costs shall abide the event. As so modified, the order is unanimously affirmed, with ten dollars costs and disbursements to abide the event.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. MORRIS BLOCK, Assessor, etc., Respondent, and the ULSTER AND DELAWARE RAILROAD COMPANY, Intervenor, Respondent.— Motion denied.

BIRD M. ROBINSON and Another, as Surviving Members of a Committee of Bondholders and Stockholders of BRUNSWICK AND BIRMINGHAM RAILROAD COMPANY, Appellants, v. COLUMBIA TRUST COMPANY, Respondent. — Motion denied.

CHARLES H. STARKE, Appellant, v. THE CATSKILL AND ALBANY STEAMBOAT COMPANY, LIMITED, and W. ALLISON BEAR, Respondents.— Motion for reargument granted.